GEORGE HAWKINS *v.* COMMISSIONER OF
CORRECTION
(AC 22662)

Schaller, West and Dupont, Js.

Submitted on briefs May 2—officially released May 20, 2003

Per Curiam. The appeal is dismissed.

STANLEY ARRINGTON *v.* COMMISSIONER OF
CORRECTION
(AC 22716)

Schaller, West and Dupont, Js.

Submitted on briefs May 2—officially released May 20, 2003

Per Curiam. The appeal is dismissed.

STATE OF CONNECTICUT *v.* RAFAEL MARTINEZ
(AC 22510)

Dranginis, Bishop and West, Js.

Argued May 5—officially released May 20, 2003

Per Curiam. The judgment is affirmed.